1

2

3

4

5

6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

7

8  THE FLORENTINE OWNERS ASSOCIATION, a Washington Non-Profit Corporation,

9                               Plaintiff,

10  v.

11  GRANITE STATE INSURANCE COMPANY, an Illinois Corporation; AMERICAN

12  INTERNATIONAL GROUP, LTD., a Delaware Corporation; HARTFORD FIRE INSURANCE

13  COMPANY, a Connecticut Corporation; HARTFORD CASUALTY INSURANCE

14  COMPANY, an Indiana Corporation; HARTFORD ACCIDENT AND INDEMNITY

15  COMPANY, a Connecticut Corporation; HARTFORD UNDERWRITERS INSURANCE

16  COMPANY, a Connecticut Corporation; TWIN CITY FIRE INSURANCE COMPANY, an

17  Indiana Corporation; PACIFIC INSURANCE COMPANY, LTD, a Connecticut Corporation;

18  SENTINEL INSURANCE COMPANY, LTD., a Connecticut Corporation; HARTFORD

19  LLOYD'S INSURANCE COMPANY, a Texas Corporation; HARTFORD INSURANCE

20  COMPANY OF ILLINOIS, an Illinois Corporation; HARTFORD INSURANCE

21  COMPANY OF THE MIDWEST, an Indiana Corporation; TRUMBULL INSURANCE

22  COMPANY, a Connecticut Corporation; HARTFORD INSURANCE COMPANY OF

23  THE SOUTHEAST, a Connecticut Corporation; NUTMEG INSURANCE COMPANY, a

24  Connecticut Corporation; PROPERTY AND CASUALTY INSURANCE COMPANY OF

25  HARTFORD, an Indiana Corporation;

26

NO.

COMPLAINT FOR DECLARATORY RELIEF AND MONETARY DAMAGES

JURY DEMAND

COMPLAINT FOR DECLARATORY RELIEF AND MONETARY DAMAGES - 1

HARTFORD FINANCIAL SERVICES GROUP, INC., a Delaware Corporation; and DOE INSURANCE COMPANIES 1–10,

Defendants.

Plaintiff The Florentine Owners Association (the "Association") alleges as follows:

## I.   INTRODUCTION

1.1   This is an action for declaratory judgment and monetary damages, seeking:

(A)   A declaration of the rights, duties and liabilities of the parties with respect to certain controverted issues under insurance policies issued to the Association, respectively, by Granite State Insurance Company, American International Group, Ltd., Hartford Fire Insurance Company, Hartford Casualty Insurance Company, Hartford Accident and Indemnity Company, Hartford Underwriters Insurance Company, Twin City Fire Insurance Company, Pacific Insurance Company, Ltd., Sentinel Insurance Company, LTD., Hartford Lloyd's Insurance Company, Hartford Insurance Company of Illinois, Hartford Insurance Company of the Midwest, Trumbull Insurance Company, Hartford Insurance Company of the Southeast, Nutmeg Insurance Company, Property and Casualty Insurance Company of Hartford, and Hartford Financial Services Group, Inc. (hereinafter collectively "Defendants"). The Association is seeking a ruling that the Defendants' policies provide coverage for damage at the Florentine Condominiums and that the above listed insurers are liable for money damages for the cost of investigating and repairing the damage at the Florentine Condominiums.

(B)   Attorneys' fees and costs (including expert witness fees).

(C)   Any other relief the Court deems just and equitable.

## II.   PARTIES AND INSURANCE CONTRACTS

2.1   <u>The Association</u>. The Association is a nonprofit corporation incorporated under the laws of the state of Washington with its principal place of business located in Seattle, Washington. The Association has the duty to maintain the common elements and any limited common elements of the Florentine Condominiums for the common enjoyment of the unit owners. The Florentine

Condominiums consists of one building containing a total of one hundred eight (108) residential

units and eight (8) commercial units located in Seattle, King County, Washington.

2.2     Granite State. Granite State Insurance Company ("Granite State") is an Illinois

domiciled insurer with its principal place of business in New York, New York. On information and

belief, Granite State sold and issued property insurance policies to the Association and/or covering

the Florentine Condominiums including, but not limited to, Policy No. 1820048 (in effect from at

least December 31, 2006 to December 31, 2007). The Association is seeking coverage under all

Granite State policies issued to the Association or covering the Florentine Condominiums at any

time.

2.3     AIG. American International Group, LTD. ("AIG") is domiciled in Delaware with its

principal place of business in New York, New York. On information and belief, AIG via its

subsidiaries, sold and issued property insurance policies to the Association and/or covering the

Florentine Condominiums including, but not limited to, Policy No. 1820048 (in effect from at least

December 31, 2006 to December 31, 2007). The Association is seeking coverage under all AIG

policies issued to the Association or covering the Florentine Condominiums at any time.

2.4     Hartford Fire. Hartford Fire Insurance Company ("Hartford Fire") is a Connecticut

domiciled insurer with its principal place of business in Hartford, Connecticut. On information and

belief, Hartford Fire sold and issued property insurance policies to the Association and/or covering

the Florentine Condominiums including, but not limited to, Policy No. GW000013 (in effect from

at least July 10, 2001 to July 10, 2003). The Association is seeking coverage under all Hartford

Fire policies issued to the Association or covering the Florentine Condominiums at any time.

2.5     Hartford Casualty. Hartford Casualty Insurance Company ("Hartford Casualty") is an

Indiana domiciled insurer with its principal place of business in Hartford, Connecticut. On

information and belief, Hartford Casualty sold and issued property insurance policies to the

Association and/or covering the Florentine Condominiums including, but not limited to, Policy No.

GW000013 (in effect from at least July 10, 2001 to July 10, 2003). The Association is seeking

COMPLAINT FOR DECLARATORY RELIEF AND
MONETARY DAMAGES - 3

STEIN, SUDWEEKS & STEIN, PLLC
16400 SOUTHCENTER PKWY, SUITE 410
TUKWILA, WA 98188
PHONE 206.388.0660 FAX 206.286.2660

coverage under all Hartford Casualty policies issued to the Association or covering the Florentine Condominiums at any time.

2.6    Hartford Accident. Hartford Accident and Indemnity Company ("Hartford Accident") is a Connecticut domiciled insurer with its principal place of business in Hartford, Connecticut. On information and belief, Hartford Accident sold and issued property insurance policies to the Association and/or covering the Florentine Condominiums including, but not limited to, Policy No. GW000013 (in effect from at least July 10, 2001 to July 10, 2003). The Association is seeking coverage under all Hartford Accident policies issued to the Association or covering the Florentine Condominiums at any time.

2.7    Hartford Underwriters. Hartford Underwriters Insurance Company ("Hartford Underwriters") is a Connecticut domiciled insurer with its principal place of business in Hartford, Connecticut. On information and belief, Hartford Underwriters sold and issued property insurance policies to the Association and/or covering the Florentine Condominiums including, but not limited to, Policy No. GW000013 (in effect from at least July 10, 2001 to July 10, 2003). The Association is seeking coverage under all Hartford Underwriters policies issued to the Association or covering the Florentine Condominiums at any time.

2.8    Twin City. Twin City Fire Insurance Company ("Twin City") is an Indiana domiciled insurer with its principal place of business in Hartford, Connecticut. On information and belief, Twin City sold and issued property insurance policies to the Association and/or covering the Florentine Condominiums including, but not limited to, Policy No. GW000013 (in effect from at least July 10, 2001 to July 10, 2003). The Association is seeking coverage under all Twin City policies issued to the Association or covering the Florentine Condominiums at any time.

2.9    Pacific. Pacific Insurance Company, LTD. ("Pacific") is a Connecticut domiciled insurer with its principal place of business in Hartford, Connecticut. On information and belief, Pacific sold and issued property insurance policies to the Association and/or covering the Florentine Condominiums including, but not limited to, Policy No. GW000013 (in effect from at least July

10, 2001 to July 10, 2003). The Association is seeking coverage under all Pacific policies issued to the Association or covering the Florentine Condominiums at any time.

2.10   Sentinel. Sentinel Insurance Company, LTD. ("Sentinel") is a Connecticut domiciled insurer with its principal place of business in Hartford, Connecticut. On information and belief, Sentinel sold and issued property insurance policies to the Association and/or covering the Florentine Condominiums including, but not limited to, Policy No. GW000013 (in effect from at least July 10, 2001 to July 10, 2003). The Association is seeking coverage under all Sentinel policies issued to the Association or covering the Florentine Condominiums at any time.

2.11   Hartford Lloyds. Hartford Lloyd's Insurance Company ("Hartford Lloyds") is a Texas domiciled insurer with its principal place of business in Hartford, Connecticut. On information and belief, Hartford Lloyds sold and issued property insurance policies to the Association and/or covering the Florentine Condominiums including, but not limited to, Policy No. GW000013 (in effect from at least July 10, 2001 to July 10, 2003). The Association is seeking coverage under all Hartford Lloyds policies issued to the Association or covering the Florentine Condominiums at any time.

2.12   Hartford Illinois. Hartford Insurance Company of Illinois ("Hartford Illinois") is an Illinois domiciled insurer with its principal place of business in Hartford, Connecticut. On information and belief, Hartford Illinois sold and issued property insurance policies to the Association and/or covering the Florentine Condominiums including, but not limited to, Policy No. GW000013 (in effect from at least July 10, 2001 to July 10, 2003). The Association is seeking coverage under all Hartford Illinois policies issued to the Association or covering the Florentine Condominiums at any time.

2.13   Hartford Midwest. Hartford Insurance Company of the Midwest ("Hartford Midwest") is an Indiana domiciled insurer with its principal place of business in Hartford, Connecticut. On information and belief, Hartford Midwest sold and issued property insurance policies to the Association and/or covering the Florentine Condominiums including, but not limited to, Policy No. GW000013 (in effect from at least July 10, 2001 to July 10, 2003). The Association is seeking

COMPLAINT FOR DECLARATORY RELIEF AND
MONETARY DAMAGES - 5

STEIN, SUDWEEKS & STEIN, PLLC
16400 SOUTHCENTER PKWY, SUITE 410
TUKWILA, WA 98188
PHONE 206.388.0660 FAX 206.286.2660

coverage under all Hartford Midwest policies issued to the Association or covering the Florentine Condominiums at any time.

2.14    Trumbull. Trumbull Insurance Company ("Trumbull") is a Connecticut domiciled insurer with its principal place of business in Hartford, Connecticut. On information and belief, Trumbull sold and issued property insurance policies to the Association and/or covering the Florentine Condominiums including, but not limited to, Policy No. GW000013 (in effect from at least July 10, 2001 to July 10, 2003). The Association is seeking coverage under all Trumbull policies issued to the Association or covering the Florentine Condominiums at any time.

2.15    Hartford Southeast. Hartford Insurance Company of the Southeast ("Hartford Southeast") is a Connecticut domiciled insurer with its principal place of business in Hartford, Connecticut. On information and belief, Hartford Southeast sold and issued property insurance policies to the Association and/or covering the Florentine Condominiums including, but not limited to, Policy No. GW000013 (in effect from at least July 10, 2001 to July 10, 2003). The Association is seeking coverage under all Hartford Southeast policies issued to the Association or covering the Florentine Condominiums at any time.

2.16    Nutmeg. Nutmeg Insurance Company ("Nutmeg") is a Connecticut domiciled insurer with its principal place of business in Hartford, Connecticut. On information and belief, Nutmeg sold and issued property insurance policies to the Association and/or covering the Florentine Condominiums including, but not limited to, Policy No. GW000013 (in effect from at least July 10, 2001 to July 10, 2003). The Association is seeking coverage under all Nutmeg policies issued to the Association or covering the Florentine Condominiums at any time.

2.17    Hartford Property and Casualty. Property and Casualty Insurance Company of Hartford ("Hartford Property and Casualty") is an Indiana domiciled insurer with its principal place of business in Hartford, Connecticut. On information and belief, Hartford Property and Casualty sold and issued property insurance policies to the Association and/or covering the Florentine Condominiums including, but not limited to, Policy No. GW000013 (in effect from at least July

10, 2001 to July 10, 2003). The Association is seeking coverage under all Hartford Property and Casualty policies issued to the Association or covering the Florentine Condominiums at any time.

2.18    HFSG. Hartford Financial Services Group, Inc. ("HFSG") is domiciled in Delaware with its principal place of business in Hartford, Connecticut. On information and belief, HFSG, via its subsidiaries, sold and issued property insurance policies to the Association and/or covering the Florentine Condominiums including, but not limited to, Policy No. GW000013 (in effect from at least July 10, 2001 to July 10, 2003). The Association is seeking coverage under all HFSG policies issued to the Association or covering the Florentine Condominiums at any time.

2.19    Doe Insurance Companies 1–10. Doe Insurance Companies 1–10 are currently unidentified entities who, on information and belief, sold insurance policies to the Association that identify the Florentine Condominiums as covered property.

2.20    Florentine Insurers. Granite State, AIG, Hartford Fire, Hartford Casualty, Hartford Accident, Hartford Underwriters, Twin City, Pacific, Sentinel, Hartford Lloyds, Hartford Illinois, Harford Midwest, Trumbull, Hartford Southeast, Nutmeg, Hartford Property and Casualty, HFSG, and Doe Insurance Companies 1–10 shall be collectively referred to as the "Florentine Insurers."

2.21    Florentine Policies. The policies issued to the Association by the Florentine Insurers shall be collectively referred to as the "Florentine Policies."

### III.    JURISDICTION AND VENUE

3.1    This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332 (diversity jurisdiction) as the parties are completely diverse in citizenship and the amount in controversy exceeds $75,000.

3.2    Venue is proper in this district pursuant to 28 U.S.C. § 1391(b)(2) as the Florentine Insurers marketed and sold insurance to the Association in King County; a substantial part of the events giving rise to the claim occurred in King County; and the insured condominium buildings are located in King County.

COMPLAINT FOR DECLARATORY RELIEF AND
MONETARY DAMAGES - 7

## IV.     FACTS

4.1     <u>Incorporation by Reference</u>. The Association re-alleges the allegations of Paragraphs 1.1 through 3.2, above, as if fully set forth herein.

4.2     <u>Tender to Florentine Insurers</u>. In October 2023, the Association tendered claims for insurance coverage to the Florentine Insurers for hidden damage recently discovered by J2 Building Consultants ("J2"). As part of the tender of claim, the Association asked the Florentine Insurers to investigate and pay for any covered hidden damage at the property. The Association understands from J2 that the cost to repair the covered hidden water damage at the Florentine Condominiums is substantially over the jurisdictional limit of $75,000.

## V.     FIRST CLAIM AGAINST THE FLORENTINE INSURERS FOR DECLARATORY RELIEF THAT THE FLORENTINE POLICIES PROVIDE COVERAGE

5.1     <u>Incorporation by Reference</u>. The Association re-alleges and incorporates by reference the allegations of Paragraphs 1.1 through 4.2, above, as if fully set forth herein.

5.2     <u>Declaratory Relief</u>. The Association seeks declaratory relief from the Court in the form of determinations regarding the following disputed issues:

(A)     The Florentine Policies cover the hidden damage at the Florentine Condominiums.

(B)     No exclusions, conditions, or limitations bar coverage under the Florentine Policies.

(C)     The loss or damage to the Florentine Condominiums was incremental and progressive. New damage commenced during each year of the Florentine Policies.

(D)     As a result, the Florentine Policies cover the cost of investigating and repairing the hidden damage at the Florentine Condominiums.

## VI.     PRAYER FOR RELIEF

WHEREFORE, the Association prays for judgment as follows:

6.1     <u>Declaratory Judgment Regarding Coverage</u>. A declaratory judgment that the Florentine Policies provide coverage as described herein and that the Florentine Insurers are obligated to pay money damages to repair the hidden damage at the Florentine Condominiums.

6.2     <u>Money Damages</u>. For money damages in an amount to be proven at trial.

STEIN, SUDWEEKS & STEIN, PLLC
16400 SOUTHCENTER PKWY, SUITE 410
TUKWILA, WA 98188
PHONE 206.388.0660 FAX 206.286.2660

6.3     <u>Attorneys' Fees and Costs of Suit</u>. For reasonable attorneys' fees and costs (including expert fees). *See Olympic Steamship Co. v. Centennial Ins. Co.*, 117 Wn.2d 37, 811 P.2d 673 (1991), and RCW 48.30.015.

6.4     <u>Other Relief</u>. For such other and further relief as the Court deems just and equitable.

## VII.     DEMAND FOR JURY TRIAL

7.1     Pursuant to Rule 38 of the Federal Rules of Civil Procedure, the Association demands trial by jury in this action of all issues so triable.

DATED this 7th day of March, 2024.

**STEIN, SUDWEEKS & STEIN, PLLC**

*/s/ Jerry H. Stein*
*/s/ Justin D. Sudweeks*
*/s/ Daniel J. Stein*
*/s/ Cortney M. Feniello*
Jerry H. Stein, WSBA 27721
Justin D. Sudweeks, WSBA 28755
Daniel J. Stein, WSBA 48739
Cortney M. Feniello, WSBA 57352
16400 Southcenter Pkwy, Suite 410
Tukwila, WA 98188
Email: jstein@condodefects.com
        justin@condodefects.com
        dstein@condodefects.com
        cfeniello@condodefects.com
Telephone: (206) 388-0660
Facsimile: (206) 286-2660
***Attorneys for Plaintiff***

COMPLAINT FOR DECLARATORY RELIEF AND
MONETARY DAMAGES - 9

STEIN, SUDWEEKS & STEIN, PLLC
16400 SOUTHCENTER PKWY, SUITE 410
TUKWILA, WA 98188
PHONE 206.388.0660 FAX 206.286.2660