THE HON. RICARDO S. MARTINEZ

1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10 | THE FLORENTINE OWNERS ASSOCIATION,

No.: 2:24-cv-00315—RSM

11 | Plaintiff,

ORDER GRANTING HARTFORD
DEFENDANTS' UNOPPOSED MOTION
FOR EXTENSION OF TIME TO FILE
ANSWER

12 | v.

13 | GRANITE STATE INSURANCE COMPANY, et al.,

(Pursuant to LCR 7(j))

14

15 | Defendants.

Noted on Motion Calendar:  June 20, 2024

16     Hartford Defendants'[1] Unopposed Motion for Extension of Time to File Answer to

17

_____

18 | [1] Hartford Fire Insurance Company
      Hartford Casualty Insurance Company
19    Hartford Accident and Indemnity Company
      Hartford Underwriters Insurance Company
20    Twin City Fire Insurance Company
      Pacific Insurance Company, Ltd.
21    Sentinel Insurance Company, Ltd.
      Hartford Lloyd's Insurance Company
22    Hartford Insurance Company of Illinois
      Hartford Insurance Company of the Midwest
23    Trumbull Insurance Company
      Hartford Insurance Company of the Southeast
24    Nutmeg Insurance Company
      Property and Casualty Insurance Company
25

26

ORDER GRANTING HARTFORD DEFENDANTS' UNOPPOSED
MOTION FOR EXTENSION OF TIME TO FILE ANSWER
CASE NO. 2:24-cv-00315—RSM

Page 1

MALONEY | LAUERSDORF | REINER pc
ATTORNEYS AT LAW
1111 E. Burnside Street, Ste. 300
Portland, Oregon  97214
Telephone: 503.245.1518
Facsimile: 503.245.1417

1  Plaintiff's Complaint came before the Court on June 20, 2024.  Having considered the pleading,

2  and the Court being fully advised on the premises, it is hereby:

3       ORDERED, ADJUDGED, and DECREED, that Defendant's Motion for Extension of

4  Time is GRANTED.

5

6       DATED this 24th day of June, 2024.

7

8                                              RICARDO S. MARTINEZ
                                               UNITED STATES DISTRICT JUDGE
9

10

11

12

13  **PRESENTED BY:**

14
    MALONEY LAUERSDORF REINER, PC
15

16
    By /s/ Francis J. Maloney
17      Francis J. Maloney III, WSBA #45081
        E-Mail: fjm@mlrlegalteam.com
18      Abby Michels, WSBA #36043
        E-Mail: am@mlrlegalteam.com
19
    Of Attorneys for Hartford Defendants
20

21

22

23

24

25

26  Hartford Financial Services Group, Inc.

ORDER GRANTING HARTFORD DEFENDANTS' UNOPPOSED          Page 2
MOTION FOR EXTENSION OF TIME TO FILE ANSWER
CASE NO. 2:24-cv-00315—RSM

MALONEY | LAUERSDORF | REINER PC
ATTORNEYS AT LAW
1111 E. Burnside Street, Ste. 300
Portland, Oregon  97214
Telephone: 503.245.1518
Facsimile: 503.245.1417

## CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2024, the foregoing [PROPOSED] ORDER GRANTING

HARTFORD DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE

ANSWER was served on the following parties at the following address by sending to them a true

copy thereof via the method indicated below:

Jerry Stein
Justin Sudweeks
Daniel Stein
Cortney Feniello
Sudweeks & Stein, PLLC
16400 Southcenter Parkway, Suite 410
Tukwila, WA 98188
*Of Attorneys for Plaintiff*

☒ by electronic means through the Court's ECF System on the date set forth above.

☐ by mailing a full, true and correct copy thereof in a sealed, first-class postage paid envelope, addressed to the attorneys as shown above, and deposited with the United States Postal Office at Portland, Oregon on the date set forth above.

☐ by emailing to each of the foregoing a copy thereof to the email address above.

MALONEY LAUERSDORF REINER, PC

By  /s/ Francis J. Maloney
Francis J. Maloney III, WSBA #45081
E-Mail: fjm@mlrlegalteam.com
Abby Michels, WSBA #36043
E-Mail: am@mlrlegalteam.com

Of Attorneys for Hartford Defendants

CERTIFICATE OF SERVICE
CASE NO. 2:24-cv-00315—RSM                    Page 1

MALONEY | LAUERSDORF | REINER PC
ATTORNEYS AT LAW
1111 E. Burnside Street, Ste. 300
Portland, Oregon 97214
Telephone: 503.245.1518
Facsimile: 503.245.1417