HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| THE FLORENTINE OWNERS ASSOCIATION, a Washington Non-Profit Corporation,<br><br>Plaintiff,<br><br>v.<br><br>GRANITE STATE INSURANCE COMPANY, an Illinois Corporation; AMERICAN INTERNATIONAL GROUP, LTD., a Delaware Corporation; HARTFORD FIRE INSURANCE COMPANY, a Connecticut Corporation; HARTFORD CASUALTY INSURANCE COMPANY, an Indiana Corporation; HARTFORD ACCIDENT AND INDEMNITY COMPANY, a Connecticut Corporation; HARTFORD UNDERWRITERS INSURANCE COMPANY, a Connecticut Corporation; TWIN CITY FIRE INSURANCE COMPANY, an Indiana Corporation; PACIFIC INSURANCE COMPANY, LTD, a Connecticut Corporation; SENTINEL INSURANCE COMPANY, LTD., a Connecticut Corporation; HARTFORD LLOYD'S INSURANCE COMPANY, a Texas Corporation; HARTFORD INSURANCE COMPANY OF ILLINOIS, an Illinois Corporation; HARTFORD INSURANCE COMPANY OF THE MIDWEST, an Indiana Corporation; TRUMBULL INSURANCE COMPANY, a Connecticut Corporation; HARTFORD INSURANCE COMPANY OF THE SOUTHEAST, a Connecticut Corporation; NUTMEG INSURANCE COMPANY, a | NO.   2:24-cv-00315-RSM<br><br>NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS HARTFORD FIRE INSURANCE COMPANY; HARTFORD CASUALTY INSURANCE COMPANY; HARTFORD ACCIDENT AND INDEMNITY COMPANY; HARTFORD UNDERWRITERS INSURANCE COMPANY; TWIN CITY FIRE INSURANCE COMPANY; PACIFIC INSURANCE COMPANY, LTD; SENTINEL INSURANCE COMPANY, LTD.; HARTFORD LLOYD'S INSURANCE COMPANY; HARTFORD INSURANCE COMPANY OF ILLINOIS; HARTFORD INSURANCE COMPANY OF THE MIDWEST; TRUMBULL INSURANCE COMPANY; HARTFORD INSURANCE COMPANY OF THE SOUTHEAST; NUTMEG INSURANCE COMPANY; PROPERTY AND CASUALTY INSURANCE COMPANY OF HARTFORD; AND HARTFORD FINANCIAL SERVICES GROUP, INC. WITHOUT PREJUDICE AND WITHOUT COSTS AND REQUEST THE CASE BE CLOSED |

1 | Connecticut Corporation; PROPERTY AND CASUALTY INSURANCE COMPANY OF HARTFORD, an Indiana Corporation; HARTFORD FINANCIAL SERVICES GROUP, INC., a Delaware Corporation; and DOE INSURANCE COMPANIES 1–10,

Defendants.

Pursuant to FRCP 41(a), Plaintiff The Florentine Owners Association (the "Association") hereby dismisses its claim against Defendants Hartford Fire Insurance Company; Hartford Casualty Insurance Company; Hartford Accident And Indemnity Company; Hartford Underwriters Insurance Company; Twin City Fire Insurance Company; Pacific Insurance Company, Ltd; Sentinel Insurance Company, Ltd.; Hartford Lloyd's Insurance Company; Hartford Insurance Company Of Illinois; Hartford Insurance Company Of The Midwest; Trumbull Insurance Company; Hartford Insurance Company Of The Southeast; Nutmeg Insurance Company; Property And Casualty Insurance Company Of Hartford; and Hartford Financial Services Group, Inc. (collectively the "Defendants") without prejudice and without costs. The Defendants have not served either an answer or a motion for summary judgment, and FRCP Rules 23(e), 23.1(c), 23.2 and 66 do not apply to this action. Accordingly, the Association may dismiss its claim against the Defendants without a court order pursuant to FRCP 41(a). As no other Defendants remain in this lawsuit other than Doe Insurance Companies 1-10 which the Association also dismisses without prejudice and without costs, the Association asks that this case be closed.

DATED this 11th day of July, 2024.

**STEIN, SUDWEEKS & STEIN, PLLC**

*/s/ Jerry H. Stein*
*/s/ Justin D. Sudweeks*
*/s/ Daniel Stein*
Jerry H. Stein, WSBA 27721
Justin D. Sudweeks, WSBA 28755
Daniel J. Stein, WSBA 48739
16400 Southcenter Pkwy, Suite 410
Tukwila, WA 98188
Email: jstein@condodefects.com

|   |   |
|---|---|
| 1 | |
| 2 | justin@condodefects.com |
|   | dstein@condodefects.com |
|   | Telephone: (206) 388-0660 |
|   | Facsimile: (206) 286-2660 |
| 3 | ***Attorneys for Plaintiff*** |

**CERTIFICATE OF SERVICE**

I hereby certify that on July 11, 2024, a copy of the foregoing *Document* and this *Certificate of Service* were served on counsel below as noted:

| | |
|---|---|
| <u>Attorney for the Hartford Defendants:</u><br>Francis J. Maloney, III<br>Maloney Lauersdorf Reiner (OR)<br>1111 E Burnside Street, Ste 300<br>Portland, OR 97214<br>Email: fjm@mlrlegalteam.com; | ☐ via US Mail<br>☐ via Legal Messenger<br>☐ via Email<br>☑ via USDC ECF |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

SIGNED this 11th day of July, 2024, at Tukwila, Washington.

*s/Zach Heafner*
Zach Heafner, Paralegal
16400 Southcenter Parkway, Suite 410
Tukwila, WA 98188
Email: zach@condodefects.com
Phone: (206) 388-0660

CERTIFICATE OF SERVICE - 1                    STEIN, SUDWEEKS & STEIN, PLLC
                                              16400 SOUTHCENTER PARKWAY, SUITE 410
                                              TUKWILA, WA 98188
                                              PHONE 206.388.0660 FAX 206.286.2660